# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2008

Clifford W. Taylor,
Chief Justice

135271 & (80)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARLETUS LASHAWN WILLIAMS,
      Defendant-Appellant.

SC: 135271
COA: 266807
Oakland CC: 2004-199576-FH
  2005-201296-FH

_____/

By order of March 26, 2008, the prosecuting attorney was directed to answer the application for leave to appeal the October 25, 2007 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is GRANTED. The parties are directed to include among the issues to be briefed: (1) whether the defendant was entitled to separate trials under MCR 6.120; (2) whether *People v Tobey*, 401 Mich 141 (1977), is consistent with MCR 6.120; and (3) if the joinder was erroneous, whether the error may be deemed harmless.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

We further ORDER the Oakland Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant in this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2008

*Corbin R. Davis*

d0527

Clerk